939 A.2d 324

**Darryl DIAMOND, Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the Order of the Commonwealth Court is affirmed. The Motion to Expedite is denied.